# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE M. TABIBIAN,<br>　　　　Plaintiff,<br>vs.<br>THE SECRETARY OF DEPARTMENT OF THE INTERIOR, through its Acting Assistant Secretary, BUREAU OF INDIAN AFFAIRS, its officers, servants, agents, employees, representatives, and attorneys,<br>　　　　Defendants. | Case No. 3:15-CV-00253-LRH-WGC<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS BY ATTORNEY SHERYL SERREZE**<br><br>**AND ORDER THEREON** |

In accordance with LR IA 10-6 of the Local Rules of Practice for the United States District Court for the District of Nevada, attorney Sheryl Serreze hereby WITHDRAWS her appearance as counsel for Plaintiff. As grounds therefore, Attorney Serreze represents that she has accepted a full-time position as a Deputy Attorney General with the Nevada Attorney General's office commencing 1/10/2017.

Plaintiff remains represented in this matter by Treva J. Hearne, Esq. NV Bar #4450. There are no hearings currently scheduled in the case.

Dated: 1/3/2018　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sheryl Serreze*
　　　　　　　　　　　　　　　　　　　　　　　Sheryl Serreze, Esq.

1

**O R D E R**

Withdrawal of Sheryl Serreze, Esq. is hereby GRANTED from the court.

DATED this 6th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE